# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

D.S. HECKMAN,

    Plaintiff,

v.                                      Civil Action No. 3:13cv9
                                               (Judge Groh)

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING MOTION TO SEAL

Currently pending before the Court is the plaintiff's Motion to file an unredacted document under seal herein (Dkt.# 95), more specifically, the plaintiff's Response in Opposition (Dkt.# 90), including its exhibits and attachments. Said document has been lodged with the Clerk of this Court, pending a ruling thereon by the Court. It appearing to the Court that good cause and sufficient grounds exist for the plaintiff's Motion, it is accordingly

**ORDERED** that the Motion (Dkt.# 95), be **GRANTED,** and the document referenced above, as set forth and identified in the plaintiff's Motion along with all of its attachments and exhibits (Dkt.# 90 and 90-1 – 10), currently lodged with the Clerk of this Court, be filed under seal by the Clerk pursuant to the E-Government Act of 2002, to be retained by the Court as part of the record herein.

**IT IS SO ORDERED.**

The Clerk is directed to provide a copy of this Order to the *pro se* plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to provide an electronic copy of this Order to all counsel of record.

DATED: June 2, 2014

                                                                /s/ James E. Seibert_____
                                                                JAMES E. SEIBERT
                                                                UNITED STATES MAGISTRATE JUDGE